FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 27 2018
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.        NO. 4:13-cr-00115-JM-1

MARCI ANN INGRAM            DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on September 26, 2018, for a scheduled hearing on the government's motion to revoke the supervised release of defendant Marci Ann Ingram. Document #21. Assistant United States Attorneys Allison Bragg and Bart Dickinson were present for the government. The defendant appeared in person with her attorney, Assistant Federal Public Defender Molly Sullivan.

Based on the defendant's admission of the violations in the motion to revoke, the Court determined that defendant's supervised release should be revoked. The motion to revoke supervised release is GRANTED. Document #21.

IT IS THEREFORE ORDERED that defendant **is sentenced to ONE (1) DAY HOME DETENTION,** to be followed by a term of supervised release of thirty (30) months, with the following special conditions:

- The defendant must participate in a cognitive behavioral treatment program such as Moral Reconation Therapy, under the guidance and supervision of the probation office.

- The defendant must provide the probation officer with access to any requested financial information (including unexpected financial gains) and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

- The defendant may not incur new credit charges or open additional lines of credit without approval of the probation officer unless all criminal penalties have been satisfied.

- Restitution in the amount of $383,409.68 is reimposed and is payable to the United States District Court Clerk for disbursement to Old Republic National Title Insurance Company. Restitution payments will be $350.00 per month until the restitution is satisfied. The interest is waived.

All other conditions of supervision previously imposed will remain in full force and effect throughout the duration of supervision.

IT IS SO ORDERED this 27 day of September, 2018.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE